# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc., ) | |
| Dorothy Manley, ) | |
| Ken Mischka, and ) | |
| Judy Mischka, ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Lisa Bjergaard, ) | |
| Daniel P. Richter, and ) | |
| The Dakota Boys & Girls Ranch, Inc. ) | Case No. 1:07-cv-043 |
| ) | |
| Defendants. ) | |

Before the court is a Petition for Admission to the Bar filed by attorney Richard Bolton. The court construes the Petition as a Motion to Appear Pro Hac Hice. In accordance with Local Rule 79.1(D), Mr. Bolton has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, Mr. Bolton is admitted to practice before this court in this matter on the Plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge